UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC., d/b/a INTEGRATED SPORTS MEDIA,<br><br>Plaintiff,<br><br>v.<br><br>JAVIER RODRIGUEZ, individually and d/b/a ANTOJITOS COLOMBIANOS,<br><br>Defendant. | Case No.: 20-CV-2229 JLS (AHG)<br><br>**ORDER VACATING HEARING AND TAKING MATTER UNDER SUBMISSION WITHOUT ORAL ARGUMENT**<br><br>(ECF No. 6) |

Presently before the Court is Plaintiff Innovative Sports Management, Inc., d/b/a Integrated Sports Media's Application for Default Judgment by the Court (ECF No. 6). The Court hereby **VACATES** the hearing scheduled for April 15, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated: April 7, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge