UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATIVE SPORTS MANAGEMENT, INC.,<br><br>                         Plaintiff,<br><br>v.<br><br>JAVIER RODRIGUEZ,<br><br>                         Defendant. | Case No.: 20-cv-02229-JLS-AHG<br><br>**ORDER VACATING MOTION HEARING AND TAKING MATTER UNDER SUBMISSION** |

Presently before the Court is Plaintiff's Motion for Attorneys' Fees and Costs (ECF No. 10).  The Court hereby **VACATES** the Motion Hearing scheduled for December 9, 2021, and takes the matter under submission without oral argument pursuant to Civil Local Rule 7.1(d)(1).

**IT IS SO ORDERED.**

Dated:  December 2, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge